UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED JUL 23 PM 12:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

WILLIAM O'NEAL WHITT, JR.,         )
      Plaintiff,                  )
  vs.                                )  CV 96-L-1974-S
SHERMAN INTERNATIONAL CORP.;       )
CONSTAR, INC.,                     )
                                   )
      Defendants.                 )

ENTERED
JUL 23 1997

## MEMORANDUM OPINION

This cause comes before the court on defendants' motion for summary judgment. In reviewing a motion for summary judgment, the motion is granted if there is no genuine issue as to any material fact. Fed. R. Civ. P. 56(c); <u>Celotex Corp. V. Catrett</u>, 477 U.S. 317 (1986). Upon a review of the submissions of all parties, there is no genuine issue as to any material fact. By separate order, the motion for summary judgment will be GRANTED.

DONE this 23rd day of July 1997.

_____
SENIOR JUDGE